IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>MARTY B. JAY JOHNSON,<br><br>              Defendant. | 8:23CR207<br><br>**ORDER** |

      **THIS MATTER** is before the court on the motion of Kelly M. Steenbock to withdraw as counsel for the defendant, Marty B. Jay Johnson (Filing No. 22). Joseph L. Howard has filed an entry of appearance as retained counsel for Marty B. Jay Johnson. Therefore, Kelly M. Steenbock's motion to withdraw (Filing No. 22) will be granted.

      Kelly M. Steenbock shall forthwith provide Joseph L. Howard any discovery materials provided to the defendant by the government and any such other materials obtained by Kelly M. Steenbock which are material to Marty B. Jay Johnson's defense.

      The clerk shall provide a copy of this order to Joseph L. Howard.

      **IT IS SO ORDERED.**

      Dated this 21st day of December, 2023.

                                                                   BY THE COURT:

                                                                   s/ Susan M. Bazis
                                                                   United States Magistrate Judge